DEFENDANT:  MARIO JENNINGS

AGE or YOB:  1989

COMPLAINT FILED?  _____ Yes ___x___ No

If Yes, MAGISTRATE CASE NUMBER:

OFFENSE(S):  Count 1:  Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE:  Denver County, Colorado

PENALTY:  Count 1:  NMT 15 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 Special Assessment.

AGENT:  Edward Baggs
Special Agent, ATF

AUTHORIZED BY:  Celeste Rangel
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention **is not** applicable to this defendant.