AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| 1. MARIO JENNINGS, | ) Case No. 25-cr-247-SKC |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MARIO JENNINGS                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 922(g)(1) - Possession of a Firearm/Ammunition by a Prohibited Person

Date:    08/20/2025                                                                         s/G. Gillen
                                                                                        *Issuing officer's signature*

City and state:    Denver, Colorado                                         Jeffrey P. Colwell, Clerk U.S. District Court
                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*  _____ .

Date: _____                                                                  _____
                                                                                        *Arresting officer's signature*

                                                                                        _____
                                                                                        *Printed name and title*